UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 23-CR-177 (ABJ)** |
| v. | : | |
| | : | |
| **SHANE LAMOND,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

The United States of America files this Motion to Continue Trial by two days and to start jury selection on Wednesday, October 2, 2024.

On May 18, 2023, an indictment was returned charging Defendant Shane Lamond with Obstruction of Justice, in violation of D.C. Code, Section 22-722, and False Statements, in violation of Title 18, United States Code, Section 1001. (D.E. 1)

On July 17, 2023, the Court set trial for February 13, 2024. (D.E. 21)

On February 2, 2024, the Defendant filed a motion to continue trial. (D.E. 53) The Court granted Defendant's motion and set trial for September 30, 2024.

The Government was recently informed that the FBI Digital Forensic Examiner ("Examiner"), a necessary witness who has prepared the underlying reports in this investigation, will be unavailable for testimony from September 30, 2024 through October 4, 2024, due to the death of her father and his military funeral set for that week.

Therefore, to allow for the Examiner's testimony and to avoid a delay in the Government's presentation of its case, the Government requests that trial commence with jury selection on Wednesday, October 2, 2024.  If the Court grants this motion, the Government anticipates calling

the Examiner on Monday, October 7, 2024.   The Government has conferred with defense counsel, who does not oppose the Government's request of a two-day delay in the start of trial.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

                /s/ Joshua S. Rothstein
                Joshua S. Rothstein
                N.Y. Bar Number 4453759
                Rebecca G. Ross
                N.Y. Bar Number 5590666
                Assistant United States Attorneys
                601 D Street, N.W.
                Washington, D.C. 20535
                Office: 202-252-7164
                Joshua.Rothstein@usdoj.gov