# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. |
| ) | |
| ) | |

## NOTICE OF APPEAL

Name and address of appellant:

Name and address of appellant's attorney:   N/A

Offense:   Count 1: 22 DCC § 722; Counts 2 - 4: 18 USC § 1001(a)(2)

Concise statement of judgment or order, giving date, and any sentence:

Sentenced 6/6/2025 to 18 months of incarceration on Count 1 & 6 months on each of Counts 2 - 4, to run consecutive to each other but all concurrently with the sentence on Count 1. Defendant was further sentenced to 18 months supervised release on each count to be served concurrently.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 6/24/2025 | |
|---|---|
| DATE | APPELLANT |
| | N/A |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | YES | NO |
| Has counsel ordered transcripts? | YES | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES | NO |